UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

EUGENE MARTIN LaVERGNE,
*individually*,

                              *Plaintiff*,

vs.

JOHN BRYSON *in his official capacity as the Secretary the United States Department of Commerce*;
JOHN GROVER *in his official capacity as the Director of the United States Census Bureau*;
KAREN L. HAAS *in her official capacity as the Clerk of the United States House of Representatives*;
JOHN BOEHNER *in his official capacity as the Speaker of the United States House of Representatives*;
DANIAL INOUYE *in his official capacity as the President Pro Tempore of the United States Senate*,
JOSEPH BIDEN *in his official capacity as the President of the Senate*, and
DAVID FERRIERO *in his official capacity as the Archivist of the United States of America*,

                              *Defendants*.

*Civil Action No.* 11-CV-7117(PGS)

RECEIVED
JAN 17 2012
AT 8:30_____
WILLIAM T. WALSH
CLERK

**Civil Action:**

**NOTICE OF APPEAL**

      **NOTICE IS HEREBY** given that Eugene M. LaVergne, *individually*, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment and Order dismissing plaintiff's Complaint entered in this action by the District Court of December 16, 2011.

DATED: 1/16/12

EUGENE M. LaVERGNE, *Pro So*
543 Cedar Avenue
West Long Branch, New Jersey   07764
Telephone: (732) 272-1776
Email: emlesqnj@hotmail.com