UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1171
_____

EUGENE MARTIN LAVERGNE,
                Appellant
v.

JOHN BRYSON, in his official capacity as the Secretary
of the United States Department of Commerce;
JOHN GROVER, in his official capacity as the Director
of the United States Census Bureau;
KAREN L. HAAS, in her official capacity as the Clerk
of the United States House of Representatives;
JOHN BOEHNER, in his official capacity as the Speaker
of the United States House of Representatives;
DANIEL INOUYE, in his official capacity as the President Pro Tempore
of the United States Senate;
JOSEPH BIDEN; in his official capacity as the President of the Senate;
DAVID FERRIERO, in his official capacity as the Archivist of the United States
of America
_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 3-11-cv-07117)
District Judge: The Honorable Peter G. Sheridan
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
September 14, 2012

Before: SMITH and CHAGARES, <u>Circuit</u> <u>Judges</u>, and
ROSENTHAL, <u>District</u> <u>Judge</u>[*]

---

[*] The Honorable Lee H. Rosenthal, U.S. District Judge for the Southern District of Texas, sitting by designation.

———————————

# JUDGMENT

———————————

This cause came to be considered from the United States District Court for the District of New Jersey and submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 14, 2012.  On consideration whereof, it is hereby

ADJUDGED and ORDERED by this Court that the order of the District Court dated December 16, 2011 is hereby AFFIRMED in all respects.  All of the above in accordance with the opinion of this Court.  Costs taxed against Appellant.


                ATTEST:

                /s/Marcia M. Waldron,
                Clerk

Dated: September 20, 2012

OFFICE OF THE CLERK



**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 20, 2012

Kerry W. Kircher, Esq.
United States House of Representatives Suite 219
Cannon House Office Building
WashingtonDC20515-0000

Eugene M. LaVergne, Esq.

543 Cedar Avenue
West Long BranchNJ07764

Michael S. Raab, Esq.
United States Department of Justice Civil Division Room 7237
950 Pennsylvania Avenue, N.W.
WashingtonDC20530-0000

Todd B. Tatelman, Esq.
Office of General Counsel
219 Cannon House Office Building
WashingtonDC20515

Henry C. Whitaker, Esq.
United States Department of Justice Appellate Section Room 7256
950 Pennsylvania Avenue, N.W.
Washington DC20530-0000

RE: Eugene LaVergne v. Secretary United States Depart, et al
Case Number: 12-1171
District Case Number: 3-11-cv-07117

ENTRY OF JUDGMENT

Today, **September 20, 2012** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Page Limits:
15 pages
Attachments:
A copy of the panel's opinion and judgment only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed.R.App.P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.


Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953